■ In the Matter of JENNIFER ANN M. [612 NYS2d 738] — Stay granted, case held, decision reserved and matter remitted to Erie County Surrogate's Court for evidentiary hearing. (Appeal from Order of Erie County Surrogate's Court, Mattina, S.—Medical Authorization). Present—Denman, P. J., Green, Pine, Fallon and Doerr, JJ. (Filed Mar. 8, 1994.)

■ In the Matter of IRWIN R. GILBERT, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [614 NYS2d 97] —Motion for order directing a new hearing denied. Present—Denman, P. J., Green, Balio, Lawton and Fallon, JJ.

■ In the Matter of CHARLES H. GITHLER, III, an Attorney, Resignor. [612 NYS2d 979] —Order entered accepting resignation and striking name from roll of attorneys. Present—Denman, P. J., Green, Balio, Lawton and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEVIN HATZMAN, Respondent, v HAROLD SMITH, as Superintendent of Attica Correctional Facility, Appellant. [614 NYS2d 96] —Motion to dismiss appeal denied as unnecessary. Memorandum: The deadline for filing appellant's brief has passed. Therefore, the appeal is automatically dismissed. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.